UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BLACKMAN,

    Plaintiff,

v.                              CASE NO. 3:17cv456-MCR-CJK

CLAY'S HAULING LLC, and
ROBERT CLAY, SR.,

    Defendants.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 20, 2019. ECF No. 15. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  Plaintiff's Motion for Entry of Default Final Judgment, ECF No. 11, is **GRANTED** and Plaintiff's Motion for Entitlement to and Award of Attorneys' Fees and Costs, ECF Nos. 12, 14, is **GRANTED IN PART**. The clerk is directed to enter a default final judgment as to the FLSA claim in favor of Plaintiff and against Clay's Hauling LLC in the amount of $30,600, plus an award of reasonable attorney's fees and costs in Plaintiff's favor in the amount of $3,425.96 (representing $2,940 in attorney's fees and $485.96 as costs).

**DONE AND ORDERED** this 25th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**