UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK BLACKMAN,

    Plaintiff,

v.                                         CASE NO. 3:17cv456-MCR-HTC

CLAY'S HAULING LLC, and
ROBERT CLAY, SR.,

    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 29, 2019. ECF No. 24. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Counts 2 and 3 of the complaint are **DISMISSED WITH PREJUDICE** against Defendants Clay's Hauling, LLC, and Robert Clay, Sr.

**DONE AND ORDERED** this 30th day of May 2019.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**